ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

FRANK N. DARRAS (SBN 128904)
Email: Frank@DarrasLaw.com
LISSA A. MARTINEZ (SBN206994)
Email: LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY (SBN 203004)
Email: SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER (SBN 273236)
Email: PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:     (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff,
DAVID LINENBERGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LINENBERGER,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No.: 1:13-cv-01114-AWI-SKO<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)**<br><br>**[Civil Local Rule 143]**<br><br>Action Filed: July 18, 2013<br>Trial Date:    None |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 143, by and between plaintiff David Linenberger and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. Defendant LINA was served with the Summons and Complaint in this action on August 9, 2012;

2. The parties agreed that Defendant LINA may have a 28 day extension of time to and including September 11, 2013 to answer or otherwise respond to the Complaint filed in this action pursuant to the first stipulation of the parties;

3. The parties have agreed that LINA may have an addition two (2) week extension of time to and including September 25, 2013 to answer or otherwise respond to the Complaint; and

4. This extension of time to respond to the Complaint does not alter the date of any event or deadline already fixed by Court Order.

Dated: September 10, 2013     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Dated:   September 10, 2013        DARRASLAW

By:   /s/ Lissa A. Martinez
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff
DAVID LINENBERGER

//
//
//
//
//

# ORDER

Pursuant to the above stipulation, Defendant Life Insurance Company of North America shall have until September 25, 2013, to file a responsive pleading to the complaint.

IT IS SO ORDERED.

Dated:   **September 11, 2013**            /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE