ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

FRANK N. DARRAS (SBN 128904)
Email: Frank@DarrasLaw.com
LISSA A. MARTINEZ (SBN206994)
Email: LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY (SBN 203004)
Email: SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER (SBN 273236)
Email: PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone:     (909) 390-3770
Facsimile:      (909) 974-2121

Attorneys for Plaintiff,
DAVID LINENBERGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LINENBERGER,<br><br>                    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | Case No.: 1:13-cv-01114-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE ADMINISTRATIVE RECORD**<br><br>**[Civil Local Rule 143]**<br><br>Action Filed: July 18, 2013<br>Trial Date:    October 28, 2014 |

Pursuant to Civil L.R. 143 Plaintiff David Linenberger and defendant Life Insurance Company of North America, through their counsel of record, hereby stipulate and request an order

1

1  from this Court continuing the date for the filing of the Administrative Record for good cause as
2  follows.
3        On December 10, 2013, this Court issued the scheduling order setting December 31, 2013 as
4  the date for filing the Administrative Record. While this date was set at the request of the Parties,
5  because of the end of the year holidays, counsel for LINA requires additional time to prepare the
6  Administrative Record, primarily for redacting plaintiff's confidential and privileged information.
7  Therefore, the Parties request that the Court continue the date for lodging the Administrative
8  Record from December 31, 2013 to January 10, 2014.   This request does not affect any of the
9  remaining dates set by the Court.

**SO STIPULATED:**

Dated: December 27, 2013     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

Dated:   December  27, 2013        DARRASLAW

By:   /s/ Lissa A. Martinez
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
PHILLIP S. BATHER
Attorneys for Plaintiff
DAVID LINENBERGER

## ORDER

Pursuant to the above stipulation of the parties, the time for Defendant to file the administrative record is extended to January 10, 2014.

IT IS SO ORDERED.

Dated:  **January 2, 2014**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE