FRANK N. DARRAS #128904, Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
PHILLIP S. BATHER #273236 PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
DAVID LINENBERGER

ADRIENNE C. PUBLICOVER #161432, adrienne.publicover@wilsonelser.com
DENNIS J. RHODES #168417, dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Phone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LINENBERGER,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No: 1:13-cv-01114-AWI-SKO<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DAVID LINENBERGER, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: June 24, 2014						DARRASLAW

								/s/ Lissa A. Martinez
								FRANK N. DARRAS
								LISSA A. MARTINEZ
								PHILLIP S. BATHER
								Attorneys for Plaintiff
								DAVID LINENBERGER

Dated: June 24, 2014						WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

								/s/ Dennis J. Rhodes
								ADRIENNE C. PUBLICOVER
								DENNIS J. RHODES
								Attorneys for Defendant
								LIFE INSURANCE COMPANY OF NORTH AMERICA

## **ORDER**

IT IS SO ORDERED.

Dated:   June 27, 2014						_____
								SENIOR DISTRICT JUDGE